**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 98-10061
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN PUGA,

Defendant-Appellant.

Appeal from the United States District Court
For the Northern District of Texas

(4:97-CR-75-2-Y)

August 18, 1998

Before POLITZ, Chief Judge, JOLLY and DUHÉ, Circuit Judges.

PER CURIAM:[*]

Court appointed counsel for Juan Puga has filed a brief as required by **Anders v. California**,[1] and has moved to withdraw. Our independent review of counsel's brief, Puga's response and supplement, and the record discloses no nonfrivolous issue which may be presented herein. Accordingly, counsel's motion is granted, and counsel is excused from further responsibilities herein. Puga has filed a motion to appoint counsel. Puga's motion

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1] 386 U.S. 738 (1967).

is denied.  The appeal is DISMISSED.[2]

---

[2] **See** 5th Cir. R. 42.2.